IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02233-AP

Linda C. Cochran,

    Plaintiff,

v.

Jo Anne B. Barnhart, Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Rick P. Sauer
700 Macon Avenue
Cañon City, Colorado 81212
(719) 275-7591
(719) 275-6165

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0815

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** October 24, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 27, 2005

    C.    **Date Answer and Administrative Record Were Filed**: January 20, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that the case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** March 6, 2006

    B.    **Defendant's Response Brief Due:** April 6, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:** April 21, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 6th day of February, 2006.

                                       BY THE COURT:

                                       S/John L. Kane
                                       U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Rick P. Sauer
Rick P. Sauer, Esq.
700 Macon Avenue
Cañon City, Colorado 81212
Telephone:  (719) 275-7591
ricksauer@msn.com


Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant