UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02233-WYD

LINDA C. COCHRAN,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ["EAJA"] (filed April 27, 2007).  The motion seeks an award of fees of $4,000.00 to be paid to plaintiff's attorney, calculated at the rate of $150.00 per hour for 32.6 hours of work on this case.  An attachment is provided to the motion which details the work performed by counsel.

On April 30, 2007, Defendant filed a response to Plaintiff's motion.  The response notifies the Court that Defendant will not oppose the motion.  Accordingly, Defendant agrees in the response to pay $4,000.00 in attorney's fees, asserting that such payment shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees.

Having reviewed the motion, I find that an award of fees under the EAJA is proper and that Plaintiff's motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal

Access to Justice Act (filed April 27, 2007) is **GRANTED**.  In accordance therewith, it is

ORDERED that Defendant pay to Plaintiff's counsel Rick P. Sauer attorney fees

in the amount of $4,000.00.

Dated May 3, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge